# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDO OJITO<br><br>                             Petitioner,<br>  vs.<br><br>KEN CLARK, Warden ,<br><br>                            Respondent. | CASE NO. 09cv2918 JM(POR)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING CERTIFICATE OF APPEALABILITY |

Having carefully considered Magistrate Judge Porter's thorough and thoughtful Report and Recommendation ("R & R") regarding the denial of the petition for writ of habeas corpus, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety and denies the petition for writ of habeas corpus.

Upon review of the record, the court also concludes that Petitioner fails to make a substantial showing of the denial of a constitutional right. Accordingly, any request for a certificate of appealability is denied. See 28 U.S.C. §2253(c)(2).

In sum, the court adopts the R & R in its entirety, denies the petition for writ of habeas corpus, denies a certificate of appealability and instructs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

DATED: October 25, 2011

                                                     Hon. Jeffrey T. Miller
                                                     United States District Judge

cc:       All parties